| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1:13CR00049-1 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:14-00029-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jason Skillern<br>526 Stonehenge Drive<br>Mount Juliet, Tennessee 37122 | Southern District of Mississippi | Gulfport |
| | NAME OF SENTENCING JUDGE | |
| | Halil Suleyman Ozerden | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/20/2013 — TO 11/19/2015 |

OFFENSE
Conspiracy to Defraud the U.S. Department of Justice

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _Middle District of Tennessee_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_2/9/2014_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _Middle_ DISTRICT OF _Tennessee_

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_2-20-14_
Effective Date

_[signature]_
United States District Judge